UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOKOMIS GOODWYN MCDUFFIE,

    Plaintiff,

v.                                               Civil Action No.: 3:19-CV-303-HEH

JESSE LYNN FOSTER,

and

HILCO TRANSPORT, INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

This day came the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled, and on their joint motion it is ORDERED that this action be DISMISSED WITH PREJUDICE and stricken from the docket.

Let the Clerk send attested copies of this Order to counsel of record for both parties.

WE ASK FOR THIS:

*signature*

Audra M. Dickens (VSB No. 82379)
D. Cameron Beck (VSB No. 39195)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
Richmond, Virginia 23219
(804) 344-8300 Telephone
(804) 819-1163 Facsimile
adickens@lawmh.com
cbeck@lawmh.com
 *Counsel for Defendants*

*signature*

Frank H. Hupfl (VSB No. 82972)
Justin M. Sheldon (VSB No. 82632)
Geoff McDonald & Associates, P.C.
3315 West Broad Street
Richmond, Virginia 23230
804.888.8888 Phone
804.359.5426 Facsimile
fhupfl@mcdonaldinjurylaw.com
jsheldon@mcdonaldinjurylaw.com
 *Counsel for Plaintiff*